# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CHRISTOPHER A. SANTAMOUR and JOHN KELLY PEIGHTAL, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>UPS GROUND FREIGHT, INC., a Virginia Corporation,<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:17-CV-0196-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered for Plaintiffs by Order Granting Unopposed Motion for Final Approval of Class Action Settlement and Granting Motion for Award of Attorneys' Fees and Costs. ECF No. 33.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Plaintiffs' Unopposed Motion for Order Granting Final Approval of Class Action Settlement & Motion for Order Granting Award of Attorney Fees & Costs. ECF Nos. 28 & 24.

Date: June 26, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen